NICHOLS ET AL. *v.* NICHOLS ET AL.

[No. 14,460. Filed October 27, 1932. Rehearing denied
February 2, 1933. Transfer denied January 24, 1934.]

*Ira M. Sharp*, for appellants.

*R. P. Bundy*, for appellees.

KIME, P. J.—This is an appeal from a judgment rendered by
the Boone Circuit Court in conformity with an opinion of this
court. The decision of this court was rendered July 2, 1926, and
a rehearing was denied November 16, 1926. The Supreme Court
later refused to transfer the cause. It is reported in 90 Ind. App.
520, 152 N. E. 863.

The facts, pleadings, and parties are identically the same in
this case as in that one, and upon authority of *Nichols, Executrix*
v. *Alexander, et al.* (1929), 90 Ind. App. 520, 152 N. E. 863, the
judgment of the Boone Circuit Court is affirmed and it is so ordered.